|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | JUL 21 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TOHONO O'ODHAM NATION; et al.,

    Plaintiffs - Appellants,

 v.

UNITED STATES DEPARTMENT OF THE INTERIOR; et al.,

    Defendants - Appellees,

SUNZIA TRANSMISSION, LLC,

    Intervenor-Defendant - Appellee.

No. 24-3659

D.C. No. 4:24-cv-00034-JGZ

District of Arizona, Tucson

MANDATE

The judgment of this Court, entered May 27, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT